UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DYLAN J. KOHLHOFF,

    Plaintiff,

v.                                                         Case No. 19-C-687

DIRK LARSEN, et al.,

    Defendants.

## ORDER

Plaintiff Dylan Kohlhoff, who is currently housed at Waushara County Jail, filed a complaint under 42 U.S.C. § 1983, alleging that his civil rights were violated. On May 30, 2019, the court entered a screening order dismissing Plaintiff's complaint for failing to state a claim upon which relief can be granted. On July 1, 2019, the court received a motion dated June 26, 2019, requesting an extension of time to file a notice of appeal. The court construes Plaintiff's motion for an extension of time as a timely notice of appeal, since the motion, which is the functional equivalent of a notice of appeal, was filed within 30 days of the entry of judgment. *See Owens v. Godinez*, 860 F.3d 434, 437 (7th Cir. 2017) (construing pro se motion for extension of time to appeal as a notice of appeal). The Clerk is therefore directed to docket Plaintiff's motion for an extension of time (Dkt. No. 10) as Plaintiff's notice of appeal.

    **SO ORDERED** this  3rd  day of July, 2019.

                                                    s/ William C. Griesbach
                                                    William C. Griesbach, Chief Judge
                                                    United States District Court